No. 03–6933. DRAKES v. PERRY, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION. C. A. D. C. Cir. Certiorari denied.

No. 03–6934. O'CONNOR v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; and
No. 03–7187. O'CONNOR v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 1st Cir. Certiorari denied.

No. 03–6935. O'CONNOR v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 1st Cir. Certiorari denied.

No. 03–6937. BUIE v. WALLS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–6950. WALKER v. DORMIRE, SUPERINTENDENT, MISSOURI STATE PENITENTIARY. C. A. 8th Cir. Certiorari denied.

No. 03–6959. HUFF v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 03–6964. HALL v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 03–6983. DEAGUEROS-CORTES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6985. CHRISTIE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6986. CARPENTER ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–6989. JUSTIN D., A JUVENILE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6993. COLEMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–6998. APEL v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–7000. MORENO-CISNEROS v. UNITED STATES; and MURILLO-MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 319 F. 3d 456 (first judgment); 55 Fed. Appx. 473 (second judgment).